**Order entered September 18, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01544-CR

### BRANDY NICHOLE CROWE, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the Criminal District Court No. 6
### Dallas County, Texas
### Trial Court Cause No. F16-34211-X

## ORDER

On June 20, 2019, appointed counsel Sharita Blacknall filed an *Anders* brief. She did not, however, file a motion to withdraw from representation. We notified Ms. Blacknall by telephone and by letter dated July 19, 2019 of the failure to file a motion to withdraw and directed her to file the same by July 29, 2019. To date, Ms. Blacknall has not filed a motion to withdraw or otherwise communicated with the Court regarding this appeal.

We note that Ms. Blacknall has filed nine *Anders* briefs in appeals over past eight months; during that time, the Court has sent three letters, directing Ms. Blacknall to file a motion to withdraw, and has issued five orders, also ordering her to file a motion to withdraw from representation.

"An *Anders* brief may not be filed without a motion to withdraw, as the sole purpose of an Anders brief is to explain and support the motion to withdraw." *In re Schulman*, 252 S.W.3d 403, 404 (Tex. Crim. App. 2008). Therefore, we **ORDER** Sharita Blacknall to file a motion to withdraw in this appeal by **SEPTEMBER 27, 2019**.

Should Ms. Blacknall fail to do so, the Court will take whatever action it deems appropriate including striking the *Anders* brief and ordering Ms. Blacknall removed from the case or abating the appeal for a hearing in the trial court to determine the adequacy of Ms. Blacknall's representation and whether she should be referred to the State Bar of Texas Commission for Lawyer Discipline.


/s/     ROBERT D. BURNS, III
        CHIEF JUSTICE